# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0047. ROSERIE v. NORWOOD.**

Upon consideration of Lara Roserie's "Emergency Motion to Stay Dispossessory," the same is hereby DENIED. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/02/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*